IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02554-PAB-KLM

LANCE RANKIN,

    Plaintiff,

v.

BEVERLY HARRIS and
MARGERY BORNSTEIN,

    Defendants.

_____

**ORDER DISMISSING DEFENDANT
MARGERY BORNSTEIN WITH PREJUDICE**
_____

This matter comes before the Court on Plaintiff Lance Rankin's and Defendant Margery Bornstein's Stipulated Motion to Dismiss [Docket No. 7]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Stipulated Motion to Dismiss [Docket No. 7] is GRANTED. It is further

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Margery Bornstein are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 19, 2010.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge